# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | **8:06CR200** |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **ORDER** |
| | **)** | |
| **THOMAS WALZ,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

The Initial Appearance on the Indictment is scheduled before the undersigned magistrate judge at **2:30 p.m. on July 20, 2006**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of July, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge